IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 0:03-2798-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER VACATING AND SETTING |
| vs. | ) | ASIDE DECREE OF FORECLOSURE |
| | ) | AND SALE AND FOR DISMISSAL |
| | ) | OF THE ACTION |
| WADDIE BELK, JR., ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |

This foreclosure action was commenced on August 27, 2003. A Decree of Foreclosure and Sale was filed on January 27, 2005. Before completion of this action, defendant filed for bankruptcy under Title 11, Chapter 13, United States Code. Thereafter, foreclosure proceedings were stayed pending disposition of the bankruptcy case. It now appears that additional servicing is required on defendant's account before foreclosure can proceed.

IT IS ORDERED, ADJUDGED AND DECREED that the Decree of Foreclosure and Sale filed in this matter on January 27, 2005, be, and the same hereby is, vacated and set aside, and to be of no effect.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice.

Clerks of the Federal District Court and the appropriate County Court are authorized and directed to cancel of record any Lis Pendens which may have heretofore been filed in this action.

AND IT IS SO ORDERED.

s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 18, 2008